UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL ANDREW MARTIN,

                Plaintiff,

    v.

SHERRY FRANKS,

                Defendants.

Case No. 3:23-cv-05580-TMC-TLF

REPORT AND RECOMMENDATION

NOTED FOR: MARCH 15, 2024

On October 26, 2023, the Court conditionally granted plaintiff's application to proceed in forma pauperis ("IFP") in regard to his proposed civil rights complaint — plaintiff failed to submit his prison trust account statement with his IFP application but notified the Court that Pacific County Jail, where he was incarcerated, refused to provide him with his trust account statement. Dkt. 5. The Court directed plaintiff to continue to pursue efforts to obtain his trust account statement and submit the statement to the Court as soon as he was able to do so. *Id*. at 3. On November 9, 2023, the mail addressed to plaintiff was returned as undeliverable. Dkt. 6.

Pursuant to Local Civil Rule 41(b)(2), "if mail directed to a pro se plaintiff by the clerk is returned by the Postal Service… and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute." In this case, it has been more than 60 days since plaintiff's notice was returned to the Court as

REPORT AND RECOMMENDATION - 1

undeliverable by the Postal Service. Plaintiff has not provided the Court with his updated address. Accordingly, the undersigned recommends that the Court dismiss this action without prejudice for failure to prosecute. A proposed order and judgment are attached to this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 15, 2024, as noted in the caption.

Dated this 27th day of February, 2024.

Theresa L. Fricke
United States Magistrate Judge