UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL ANDREW MARTIN,<br><br>                Plaintiff,<br><br>   v.<br><br>SHERRY FRANKS,<br><br>                Defendants. | Case No. 3:23-cv-05580-TMC-TLF<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's action is DISMISSED without prejudice for failure to prosecute.

Dated this 15th day of March, 2024.

_____
Tiffany M. Cartwright
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE - 1